DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR, v. WALTER B. HARDY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Flavel McGee.*

For the defendant in error, *McCarter, Williamson & McCarter.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, LUDLOW, MAGIE, BOGERT, BROWN, SMITH.   6.

*For reversal*—GARRISON, GUMMERE, SIMS, TALMAN.   4.